IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GONZALO BRISENO RAMIREZ, | § | |
| | § | |
| Movant, | § | |
| | § | |
| V. | § | NO. 4:24-CV-261-O |
| | § | (NO. 4:23-CR-004-O) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with the order of dismissal signed this date, the motion of Gonzalo Briseno Ramirez is **DISMISSED** for want of jurisdiction.

**SO ORDERED** on this **21st day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE