**GONZALO BRISENO RAMIREZ**
Reg. No. 38346-510
FCI OAKDALE II
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5010
OAKDALE, LA 71463

March 21, 2024

United States District Court
Northern District of TX
501 West Tenth Street
Fort Worth, TX 76102

4:24-cv-00261-O

Re: Correction in Declaration - Case No: **4:23-cr-00004-O-1**

Dear Court Clerk:

I would like to correct the following typographical error in Gonzalo Briseno's Declaration in Support of his Section 2255 Petition.

On the first page, second line change or remove as follows:

- "**Rodolfo Hernandez Espinoza**" and replace it with "**Gonzalo Briseno Ramirez**"

In closing, I would like to thank you for your assistance in this matter.

Respectfully

*[signature]*
**GONZALO BRISENO RAMIREZ**
Reg. No. 38346-510
FCI OAKDALE II
FEDERAL CORRECTIONAL
INSTITUTION
P.O. BOX 5010
OAKDALE, LA 71463

GONZALO BRISENO RAMIREZ
REG. NO. 38346-510
FCI OAKDALE II
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5010
OAKDALE, LA 71463

X-RAY

SPOKANE WA 990
25 MAR 2024 PM 4 L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH STREET
FORT WORTH, TX 76102

76102-364185